IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

MAYER BOTZ ENTERPRISES LLC,

    Plaintiff,

v.                                       Case No. 1:21-cv-00992-JFR-LF

CENTRAL MUTUAL INSURANCE COMPANY and
ERIC TRAINER,

Defendants.

## STIPULATION OF PARTIAL DISMISSAL

    Plaintiff Mayer Botz Enterprises LLC, through its attorney of record, files this Stipulation of Partial Dismissal pursuant to Federal Rule of Civil Procedure 41.

1.    Rule 41(a)(1) provides that a plaintiff may voluntarily dismiss his action, without order of the Court, by filing a stipulation of dismissal signed by all parties who have appeared in the action. FED. R. CIV. P. 41(a)(1)(ii).

2.    Plaintiff is voluntarily dismissing all claims against Defendant Eric Trainer in his individual capacity only. Plaintiff is retaining its claims against Defendant Central Mutual Insurance Company.

3.    Plaintiff's partial dismissal as to Defendant Eric Trainer is without prejudice.

Respectfully Submitted,


By /s/ M. Mitchell Moss
M. Mitchell Moss
MOSS LEGAL GROUP, PLLC
5845 Cromo Drive, Suite
El Paso, Texas 79912
Phone: (915) 703-7307
Telecopier: (915) 703-7618
Mitch@MossLegalSolutions.com
Cindy@mosslegalsolutions.com

**Attorney for Plaintiff Mayer Botz Enterprises LLC**


RODEY, DICKASON, SLOAN, AKIN & ROBB, P.A.

By /s/ Charles K. Purcell (electronically approved on 10/20/21)
Charles K. Purcell
Post Office Box 1888
Albuquerque, New Mexico 87103
Telephone: (505) 765-5900
kpurcell@rodey.com

*and*

MARTIN, DISIERE, JEFFERSON & WISDOM, L.L.P.
Melinda R. Burke (Texas State Bar No. 03403030)
Daniel P. Pellegrin, Jr. (Texas State Bar No. 24100387)
9111 Cypress Waters Blvd., Suite 250
Dallas, Texas 75019
Telephone: (214) 420-5500
Facsimile: (214) 420-5501
burke@mdjwlaw.com
pellegrin@mdjwlaw.com

**Attorneys for Defendants Central Mutual Insurance Company and Eric Trainer**

This is to certify that on this 20th day of October 2021, the foregoing document, Stipulation of Partial Dismissal, was served electronically through e-mail to the following parties and individuals:

RODEY, DICKASON, SLOAN, AKIN & ROBB, P.A.

Charles K. Purcell
Post Office Box 1888
Albuquerque, New Mexico 87103
Telephone: (505) 765-5900
kpurcell@rodey.com

*and*

MARTIN, DISIERE, JEFFERSON & WISDOM, L.L.P.

Melinda R. Burke (Texas State Bar No. 03403030)
Daniel P. Pellegrin, Jr. (Texas State Bar No. 24100387)
9111 Cypress Waters Blvd., Suite 250
Dallas, Texas 75019
Telephone: (214) 420-5500
Facsimile: (214) 420-5501
burke@mdjwlaw.com
pellegrin@mdjwlaw.com

**Attorneys for Defendants Central Mutual Insurance Company and Eric Trainer**


/s/ *M. Mitchell Moss*
M. Mitchell Moss

**Attorney for Plaintiff Mayer Botz Enterprises LLC**